**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

July 11, 2023

Gerald I. Street, Esquire
Street & Ellis, P.A.
426 S. State Street
Dover, DE 19901

Deirdre A. McCartney, Esquire
Sergovic Carmean Weidman
McCartney & Owens
25 Chestnut Street
PO Box 751
Georgetown, DE 19947

Cynthia L. Maxwell Masters

Diane Elaine Maxwell Tori

Beverly Anne Maxwell Miller

RE: *IMO the Estate of George Wroten Cordray and Robert L. Lane, Administrator for the Estate of George Wroten Cordray*, C.A. No. 2022-0614-SG

Dear Mr. Street:

At the end of my Opinion of May 19, 2023, I asked for submission of "a form of order for distribution of George [Wroten Cordray]'s estate consistent with [that] Opinion."[1]  The form of order you submitted on June 16, 2022, does not seem to address the finding of that Opinion that the heirs were to be determined as of the date of George Wroten Cordray's death, June 23, 1988.[2]

---

[1] *IMO Estate of Cordray*, 294 A.3d 99, 105 (Del. Ch. 2023).
[2] *See id.* at 101 n.9.

Accordingly, I have appended an order, consistent with my Opinion of May 19, 2023, identifying that the appropriate heirs are those descended from George Wroten Cordray's grandparents who were alive as of the date of his death, but I have done so without identifying individuals. If the estate needs further instruction as to the current individuals entitled to distribution, it should so inform me by 4:30 PM on July 20, 2023. After that date, my order accompanying this letter order shall be entered as a final order of the Court and the matter closed.

To the extent the foregoing requires an order to take effect, it is SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III

cc:     All counsel of record (by *File & ServeXpress*)

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE | ) | |
| OF GEORGE WROTEN CORDRAY | ) | |
| and ROBERT L. LANE, | ) | C.A. No. 2022-0614-SG |
| ADMINISTRATOR FOR THE ESTATE | ) | |
| OF GEORGE WROTEN CORDRAY | ) | |

## **ORDER**

WHEREAS, George Wroten Cordray (the "Decedent") died intestate on June 23, 1988;

WHEREAS, the Decedent without spouse or issue;

WHEREAS, the Decedent's parents, Norris Johnson Cordray and Emma Leroy Wroten Cordray, predeceased the Decedent on August 4, 1955;

WHEREAS, the Decedent's only sibling, Norris Johnson Cordray Jr., was adjudicated deceased on January 31, 2022, with a presumed date of death of January 1, 2014,

WHEREAS, Decedent's only sibling, Norris Johnson Cordray Jr., repudiated the Decedent's estate and died intestate without spouse or issue;

WHEREAS, the Decedent's grandparents, George Cordray, Mary Rebecca Hayes, Viola E. Graham, and Roy Earl Wroten, all predeceased Decedent;

WHEREAS, descendants of Decedent's grandparents survived Decedent;

IT IS HEREBY ORDERED:

1. That Robert L. Lane, administrator of the Estate of George Wroten Cordray, distribute the estate of George Wroten Cordray, to the descendants of Decedent's grandparents per stirpes in accordance with 12 *Del. C.* §§ 501 *et seq.*

/s/ Sam Glasscock III

Vice Chancellor
